Nicolas PEREZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–74215.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 25, 2011.

Nicolas Perez, Hayward, CA, pro se.

Paul Cygnarowicz, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Nicolas Perez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination, *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 851 (9th Cir.2004), and we deny the petition for review.

The record does not compel the conclusion that Perez met his burden of establishing continuous physical presence where he failed to provide sufficient evidence supporting his presence from September 1987. *See Singh–Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir.1999) (evidence does not compel a conclusion contrary to the agency's where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence") (internal quotation marks and citation omitted).

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.